# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

WACKER CORPORATION,

                **Plaintiff,**

v.                                   **Case No. 07-C-537**

TRAVIS MARX and
DYNAPAC USA, INC.,

                **Defendants.**

## ORDER TO EXTEND DEADLINES

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that the deadlines for the defendants to answer or otherwise respond to the Complaint and to oppose the plaintiff's motion for a preliminary injunction and for expedited discovery are extended for a period of seven (7) days, to August 30, 2007.

Dated at Milwaukee, Wisconsin this 28th day of August, 2007.

                                     **BY THE COURT**

                                  s/ Rudolph T. Randa
                                  **Hon. Rudolph T. Randa**
                                  **Chief Judge**