# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WACKER CORPORATION,**

        Plaintiff,

    -vs-

**TRAVIS MARX, and**
**DYNAPAC USA, INC.,**

        Defendants.

Case No. 07-C-537

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, **IT IS HEREBY ORDERED** that this action, including any and all claims made herein, is dismissed in its entirety on the merits, with prejudice, and without costs to any party.

Dated at Milwaukee, Wisconsin, this 30th day of August, 2007.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**